IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00002 |
| | ) | Judge Trauger |
| TRACY DION PAYNE | ) | |
| | ) | |

**O R D E R**

By agreement, it is hereby **ORDERED** that the revocation hearing on the Superseding Petition (Docket No. 69) is **CONTINUED** and **RESET** for March 11, 2013 at 11:00 a.m. This continuance is conditioned upon the defendant traveling to Cookeville at his own expense in order to take the required polygraph examination sometime before the scheduled hearing in March.

It is so **ORDERED**.

ENTER this 20th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge